FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0248

In the Supreme Court of the State of Montana

Supreme Court No. DA 18-0248

State of Montana,

Plaintiff and Appellee,

-vs-

Jory Russell Strizich,

Defendant and Appellant.

## Order Granting Motion to Withdraw Appellant's Opening Brief and Setting New Briefing Deadline

Newly appointed counsel for Appellant has filed an unopposed motion seeking leave to withdraw the Appellant's Opening Brief filed by previous counsel on July 7, 2020. The State, which has yet to file a response brief, does not opposed the motion.

No good cause appearing otherwise, the Appellant's Unopposed Motion to Withdraw the Appellant's Opening Brief is GRANTED.

The Clerk of Court is DIRECTED to withdraw the previously filed Appellant's Opening Brief from the record.

Appellant's newly appointed counsel shall have until September 18, 2020 to

-1-

prepare, file, and serve the Appellant's Opening Brief in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2020